Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release
Prior to Original Expiration Date

---

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.                                       Case No. A04-0016-02-CR (JWS)

Robert E. Lawson, Jr.

    On September 9, 2004, the above-named was placed on probation for a period of three (3) years. It was reported to the probation officer that the defendant died on or about March 19, 2006. It is accordingly recommended that the probation case of Robert E. Lawson, Jr., be closed.

Respectfully submitted,

*Charlene Wortman* (signature)
Charlene Wortman
U.S. Probation/Pretrial Services Officer

*Eric D. Odegard* (signature)
Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Date this 31st day of May, 2006.

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge